THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS JAQUEZ**  **PETITONER**
ADC #174535

v.  Case No. 4:23-cv-00930-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## ORDER

Before the Court are the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9). Petitioner Thomas Jaquez has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court denies, without prejudice, Jaquez's petition for writ of *habeas corpus* (Dkt. No. 1). The Court declines to issue a certificate of appealability.

It is so ordered this 12th day of January, 2026.

Kristine G. Baker
Chief United States District Judge